IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RE: | ) | CHAPTER 13 |
| | ) | |
| William and Tamika Mackey, | ) | JUDGE Eugene R. Wedoff |
| Debtors, | ) | |
| | ) | 12-02572 |

## NOTICE OF MOTION

TO:

Via Electronic Filing:
    US Trustee Patrick S. Layng; Office of the U.S. Trustee, Region 11, 219 S. Dearborn St, Rm 873; Chicago, IL 60604 by ECF at USTPRegion11.ES.ECF@usdoj.gov
    Marilyn O. Marshal; 224 S. Michigan Ave, Ste 800; Chicago, IL 60604 by ECF at courtdocs@chi13.com

Via U.S. Mail:
    All parties on the attached notice list.

Please take notice that on May 2, 2013 at 10:00 a.m. I shall appear before the Honorable Eugene R. Wedoff in Courtroom 744 of the Dirksen Federal Building, 219 South Dearborn Avenue, in Chicago, Illinois, and shall then and there present the attached motion, at which time you may appear if you so choose.

## PROOF OF SERVICE

Martin A. Lear, an attorney, certifies that he caused to be mailed a copy of this notice and attached motion to the above named addressed with postage prepaid from the mail post office box located at 105 W. Madison, Chicago, Illinois 60602 on April 10, 2013.

                                                                               /s/ Martin A. Lear
                                                                               Martin A. Lear
                                                                               Counsel for Debtor

Martin A. Lear, #6295187
The Law Offices of Ernesto D. Borges Jr., P.C.
105 W. Madison #2300
Chicago, IL 60602
(312) 853-0200

Label Matrix for local noticing
0752-1
Case 12-02572
Northern District of Illinois
Chicago
Wed Apr 10 08:57:10 CDT 2013

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

ADT Security Services
Bankruptcy Department
8880 Esters Blvd.
Irving, TX 75063-2406

Account Management Services - CTV
ACCOUNTS RECOVERY BUREAU INC,
PO BOX 6768
WYOMISSING, PA 19610-0768

Accounts Recovery Bureau, Inc.
PO Box 67678
Wyomissing, PA 19610-0768

Advocate Medical Group
701 Lee Street
Suite 300
Des Plaines, IL 60016-4545

Allied International Credit Corp.
100 East Shore Drive
3rd Floor
Glen Allen, VA 23059-5758

Allied Interstate
P.O. Box 1962
Southgate, MI 48195-0962

Allied Waste
13701 South Kostner
Midlothian, IL 60445-3923

Arnold Scott Harris, P.C.
222 Merchandise Mart Plaza
Suite 1932
Chicago, IL 60654-1420

Caine & Weiner
Po Box 5010
Woodland Hills, CA 91365-5010

Cardiac Consulting Group
4647 W. Lincoln Highway
Matteson, IL 60443-2319

Cash America Net of Illinois, LLC
200 W. Jackson Blvd
Ste 2400
Chicago, IL 60606-6941

Cb Usa Inc
5252 S Hohman Ave
Hammond, IN 46320-1723

Cda/pontiac
Attn: Bankruptcy
Po Box 213
Streator, IL 61364-0213

Chandra Diagnostic
4250 N Marine DR # 236
Chicago, IL 60613-6211

Chase Bank
OH1-1188
340 S. Cleveland Ave Bldg 370
Westerville, OH 43081-8917

City of Chicago Department of Revenue
c/o Arnold Scott Harris PC.
222 Merchandise Mart Plaza Ste. 1932
Chicago, IL 60654-1420

City of Chicago Dept of Revenue
121 N. LaSalle Street
Chicago, IL 60602-1288

Collect Sys
8 South Michigan
Chicago, IL 60603-3469

ComEd
3 Lincoln Center
Attn: Bkcy Group-Claims Department
Oakbrook Terrace, IL 60181-4204

Commonwealth Edison Company
3 Lincoln Centre
Oakbrook Terrace, Il 60181-4204
Attn: Bankruptcy Dep.

Credit Management, LP
4200 International PArkway
Carrollton, TX 75007-1912

Dependon Collection Se
Attn: Bankruptcy
Po Box 4833
Oak Brook, IL 60522-4833

Diversified
P O Box 551268
Jacksonville, FL 32255-1268

Express Scripts
PO Box 66580
Saint Louis, MO 63166-6580

Ffcc-columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220-3626

Friendly Finance Corp
6340 Security Blvd Ste 200
Baltimore, MD 21207-5161

Furniture and Mattress Depot
4201 East Lincoln Highway
Matteson, IL 60443-2403

Galway Financial Services
3870 Peachtree Industrial Blvd
Suite 150-316
Duluth GA 30096-1422

Illinois Collection Service, Inc.
PO Box 1010
Tinley Park, IL 60477-9110

Illinois Title Loans, Inc.
17310 Torrence Ave
Lansing, IL 60438-1019

Illinois Title Loans, Inc.
c/o The Salkin Law Firm, P.A.
1776 N Pine Island Rd, Suite 218
Plantation, FL 33322-5223

Komyattassoc
Attention: Bankruptcy
9650 Gordon Dr.
Highland, IN 46322-2909

MCS Collections, Inc
725 S. Wells
Ste 501
Chicago, IL 60607-4516

Med Busi Bur
1460 Renaissance D
Park Ridge, IL 60068-1349

MidAmerica Cardio Consultants
5009 West 95th Street
Oak Lawn, IL 60453-2401

Midwest Diagnostic Pathology, SC
75 Remittance Drive
Suite 3070
Chicago, IL 60675-3070

Midwest Emergency Associates
Dept 20-6000
PO Box 5990
Carol Stream, IL 60197-5990

MiraMed Revenue Group, LLC
PO Box 536
Linden, MI 48451-0536

Mrsi
2250 E Devon Ave Ste 352
Des Plaines, IL 60018-4521

Mutl H Clctn/Accounts Recovery Bureau
Attention: ARB
Po Box 6768
Wyomissing, PA 19610-0768

National Credit Adjusters
Department 835
PO Box 4115
Concord, CA 94524-4115

Nationwide Credit & Collection, Inc
815 Commerce Dr.
Ste 100
Oak Brook, IL 60523-8839

Nicor Gas
PO BOx 549
Aurora IL 60507-0549

Nicor Gas
PO Box 2020
Aurora, IL 60507-2020

Oaklawn Radiology
37241 Eagle Way
Chicago, IL 60678-1372

Osi Collect
507 Prudential Rd.
Horsham, PA 19044-2308

Professnl Acct Mgmt In
Pam Po Box 391
Milwaukee, WI 53201-0391

Progressive
11629 S 700 E
Draper, UT 84020-8377

Quality Healthcare Equipment, Inc.
PO Box 33842
North Royalton, OH 44133-0842

Radiology Imaging Consultants
PO Box 1886
Harvey, IL 60426-7886

Receivables Management, Inc.
3348 Ridge Rd.
Lansing, IL 60438-3112

Richard J. Kaplan, Esq.
808 Rockefeller Building
614 Superior Ave N.W.
Cleveland, OH 44113-1334

South Holland Fire Department
P.O. Box 438495
Chicago, IL 60643-8495

Southwest Credit Syste
4120 International Parkway
Ste 1100
Carrollton, TX 75007-1958

Southwest Laboratory Physicians
Dept. 77-9288
Chicago, IL 60678-9288

Tri-State Adjustment Freeport, Inc.
PO Box 882
Freeport, IL 61032-0882

Trustmark Recovery Services
541 Otis Bowen Dr.
Munster, IN 46321-4158

UIC Pathology
4810 Payshere Cir.
Chicago, IL 60674-0048

UIC at Chicago Physician Group
3293 Payshere Cir
Chicago, IL 60674-0032

University of Illinois Medical Cent
Patient Accounts
PO Box 12199
Chicago, IL 60612-0199

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503


Nathan E Delman
Robert J. Semrad & Associates
20 South Clark
28th Floor
Chicago, IL 60603-1811

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tamika C Mackey
16635 S. Park Ave
South Holland, IL 60473-2947


William Mackey
16635 S. Park Ave
South Holland, IL 60473-2947

Zeljko Popovic
Law Offices of Ernesto Borges
105 West Madison, 23rd Floor
Chicago, IL 60602-4647



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Nicor Gas
PO Box 549
Aurora IL 60507-0549

End of Label Matrix
Mailable recipients    67
Bypassed recipients     1
Total                  68

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RE: | ) | CHAPTER 13 |
| | ) | |
| William and Tamika Mackey, | ) | JUDGE Eugene R. Wedoff |
| Debtors, | ) | |
| | ) | 12-02572 |

## MOTION TO MODIFY PLAN

NOW COME the Debtors, by and through The Law Offices of Ernesto D. Borges Jr., P.C., and moves this Honorable Court, pursuant to § 1329(a) to enter an order Modifying Debtor's Chapter 13 Plan, and in support thereof states as follows:

1. The Debtors filed a petition for relief pursuant to Chapter 13 of Title 11 United States Code on January 25, 2012;

2. Debtors confirmed plan requires a monthly payment of $600.00 per month for 60 months. The plan was to pay general unsecured creditors (hereafter "GUCs") 100% of their timely filed and allowed proofs of claim.

3. Debtors have accrued a trustee payment default as the Debtor was working reduced hours and was not generating enough income to make the payments.

4. That the Debtor is once again working full time and the Debtors can now resume the monthly trustee payments.

5. That the Debtors ask that the current Trustee Default to be waived.

6. The proposed plan would have met the requirements for confirmation on the original confirmation date.

WHEREFORE, Debtors respectfully pray this Court enter an order waiving Trustee default, modifying the current Chapter 13 plan; and for such other and further relief this Court deems just and proper.

Respectfully Submitted,
/s/ Martin A. Lear
Martin A. Lear

Martin A. Lear, #6295187
The Law Offices of Ernesto D. Borges Jr., P.C.
105 W. Madison, Ste 2300
Chicago, IL 60602
312-853-0200