UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   12-02572 |
| William and Tamika Mackey | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to Modify Plan; the Court being advised in the premises; due notice having been given;

IT IS HEREBY ORDERED:

1. The Chapter 13 plan payment default is waived.


Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  December 05, 2013

**Prepared by:**

Martin A. Lear #6295187
The Law Offices of Ernesto D. Borges, Jr., P.C.
105 W. Madison
Suite 2300
Chicago, Il. 60602